**Electronically Filed
Supreme Court
SCWC-21-0000307
06-JUN-2024
07:53 AM
Dkt. 9 ODAC**

SCWC-21-0000307

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———

S.R.,
Petitioner/Plaintiff-Appellant,

vs.

J.R.,
Respondent/Defendant-Appellee.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000307; CASE NO. 2DV181000032)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on April 26, 2024, is hereby rejected.

DATED: Honolulu, Hawai‘i, June 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

